UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eric Flores,                                                        Civil 12-2774 PJS/FLN

        Plaintiff,

v.                                                                  O R D E R

United States Department of
Health and Human Services, et al.,

        Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 1, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2 **is DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

DATED: 11/16, 2012.                 s/Patrick J. Schiltz
at Minneapolis, Minnesota        JUDGE PATRICK J. SCHILTZ
                                           United States District Court